1058

THE STATE OF WASHINGTON, *Respondent*, v. MYLES L. HILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-03556-7, Patricia H. Aitken, J., entered February 1, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Kennedy, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOE LOUIS MARROQUIN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-00059-8, Steven J. Mura, J., entered April 6, 1999. *Reversed in part* and *remanded* by unpublished per curiam opinion.

MICHELLE BATEMAN, *Individually and as Guardian*, *Appellant*, v. CHILDREN'S HOSPITAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-26157-5, Jay V. White, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Kennedy, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW JOSHUA JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00356-4, Larry E. McKeeman, J., entered July 7, 1999. *Affirmed* by unpublished per curiam opinion.